**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marcus B. BROADWAY, Defendant— Appellant.**

**No. 07–6067.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 25, 2007.

Marcus B. Broadway, Appellant Pro Se. Peter Sinclair Duffey, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus B. Broadway appeals the district court's order denying his motion for declaratory relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v.*

*Broadway,* No. 3:00–cr–00409–RLW (E.D.VA. Nov. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*